**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6358**

---

RAYMOND E. FOWLER,

Petitioner - Appellant,

versus

RONALD J. ANGELONE, Director,

Respondent - Appellee.

---

**No. 99-6432**

---

RAYMOND E. FOWLER,

Petitioner - Appellant,

versus

RONALD J. ANGELONE, Director,

Respondent - Appellee.

---

Appeals from the United States District Court for the Eastern District of Virginia, at Richmond.  David G. Lowe, Magistrate Judge. (CA-97-356-3)

---

Submitted:  August 17, 1999          Decided:  October 22, 1999

Before ERVIN,[*] WILLIAMS, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Raymond E. Fowler, Appellant Pro Se. Eugene Paul Murphy, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

---

[*] Judge Ervin participated in the consideration of this case but died prior to the time the decision was filed. The decision is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

PER CURIAM:

In these consolidated appeals, Appellant Raymond E. Fowler seeks to appeal the magistrate judge's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999) and the magistrate judge's order denying his motion to amend, which the court construed as a motion to vacate pursuant to Fed. R. Civ. P. 59(e). Fowler consented to the jurisdiction of the magistrate judge under 28 U.S.C.A. § 636(c) (West 1994 & Supp. 1999). We have reviewed the record and the magistrate judge's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss appeal No. 99-6358 on the reasoning of the magistrate judge. See Fowler v. Angelone, No. CA-97-356-3 (E.D. Va. Feb. 24, 1999). To the extent that Fowler seeks to challenge the denial of his motion to amend, we find that he waived this issue by failing to raise it in his informal brief. See 4th Cir. R. 34(b). Therefore, we deny a certificate of appealability and dismiss appeal No. 99-6432. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED